Padoleski, Salvatore Pangallo, Narco Pargone, Tony Peltz, Ed. Peters, Waldek Pseztase, Howard Rhines, John Rosenbarker, Charles Shue, Adolph Siediska, Joseph Siediska, Dominick Spina, Mike Szmuki, Mike Toper, John Tunia, Joseph Turpin, Frank Vellutino, Mert Williams, and H. F. Zimmerman (applts.) from certain real property. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Frank SALERNO and one, respts., v. John McKAIG et al., applts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Motion granted and appeal dismissed.

Tillie SALVIN, Respt., v. Herman ROSENBAUM, Applt. (two cases). (Supreme Court, Appellate Division, First Department. December 30, 1915.) Orders affirmed, with $10 costs and disbursements. No opinion. Orders filed.

Thomas SANDERS, Jr., Applt., v. Kenneth T. BARNABY, Respt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the matter of the claim of John SANDERS, for compensation arising out of personal injuries, v. LEHIGH VALLEY RAILROAD COMPANY, employer. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed, on the authority of Matter of Winfield v. N. Y. C. & H. R. R. R. Co., 216 N. Y. 284, 110 N. E. 614. Kellogg, P. J., not sitting.

Paul H. SANDRESKY, respt., v. ERIE R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment (91 Misc. Rep. 67, 153 N. Y. Supp. 612) affirmed with costs. All concur.

Frank J. SAUER, respt., v. Harry HOLTZMAN et al., applts. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Appeal dismissed without costs upon stipulation filed.

In the matter of the claim of Mary V. SAXON, for compensation under the Workmen's Compensation Law, v. ERIE RAILROAD COMPANY, employer and self-insurer. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed, on the authority of Matter of Winfield v. N. Y. C. & H. R. R. R. Co., 216 N. Y. 284, 110 N. E. 614.

Bernard SCHLENGER v. William STETLER and ano. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

James M. SCHLEY, Jr., Applt., v. Morna C. ANDREWS, Respt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment (151 N. Y. Supp. 429) affirmed, with costs. No opinion. Dowling and Smith, JJ., dissenting. Order filed.

Alfred SCHMITT, respt., v. PENNSYLVANIA R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: (1) That the so-called "Safety Appliance Act," requiring 85 per cent. of the cars in a train to be equipped with air brakes, has no application to a switching operation such as is disclosed by the evidence in this case, and that the submission to the jury of that issue was error. U. S. v. Erie R. R. Co., 237 U. S. 402, 35 Sup. Ct. 621, 59 L. Ed. 1019. (2) That at the time of the accident the defendant was engaged in interstate commerce. (3) That upon the issue of the negligence of the defendant, the verdict is against the weight of the evidence. All concur.

John F. SCHULTZ, respt., v. Solomon MORRISON, applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order (91 Misc. Rep. 248, 154 N. Y. Supp. 257) affirmed with costs. All concur.

Julius SCHWARTZ, respt., v. HOOKER ELECTRO-CHEMICAL CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

Julius SCHWARTZ, respt., v. HOOKER ELECTRO-CHEMICAL CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Motion to appeal to Court of Appeals denied, with $10 costs.

SCHWARZ, Appellant, v. OTIS LITHOGRAPH CO., Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Eloise G. Schwarz against the Otis Lithograph Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

Blanche SEAVEY, as admx., etc., respt., v. Charles P. HUNT, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

Louis E. SEDDON et al., appellants, v. KELLNER CONSTRUCTION COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Application denied, with $10 costs.

SEVENTY-EIGHTH ST. & BROADWAY CO. v. PURSSELL MFG. CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by the Seventy-Eighth Street & Broadway Company against the Pursell Manufacturing Company. No opinion. Application granted. Order signed. See, also, 92 Misc. Rep. 178, 155 N. Y. Supp. 259.